**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMIE COBERLY,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner Social Security Administration,<br><br>Defendant. | Case No. 25-CIV-269-RAW-GLJ |

**ORDER REMANDING CASE FOR FURTHER PROCEEDINGS**

On July 16, 2026, Gerald L. Jackson, United States Magistrate Judge, entered a Report and Recommendation recommending that the above-styled case be reversed and remanded for further proceedings [Docket No. 18].

Claimant Jamie S. Coberly requested judicial review of the Commissioner's decision denying her benefits pursuant to 42 U.S.C. § 405(g) asserting that the Administrative Law Judge ("ALJ") erred in determining she was not disabled.

The Magistrate Judge found that correct legal standards were not applied by the ALJ in failing to properly evaluate all of the probative evidence and all of Claimant's impairments; and the decision of the Commissioner is therefore not supported by substantial evidence. The Commissioner has filed no objection to the Magistrate Judge's Report and Recommendation.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse and remand for further proceedings is well supported based upon the ALJ's failure to properly evaluate Claimant's impairments.

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 30th day of September, 2026.

HONORABLE RONALD A. WHITE
UNITED STATES SENIOR DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA